LA

# COMPLAINT

**(for non-prisoner filers without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 OCT 26 A 9:12
CLERK OF COURT

(Full name of plaintiff(s))

Rolanda Ward

v.

Case Number: 26-C 1981

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Milwaukee Police Department (Employees)
Milwaukee County Sheriff Department (Employees)
Glendale Police Department
Waukesha Police Department

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

4141 N 72nd Street
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Milwaukee police Department, Milwaukee County Sheriff Department, Glendale Police Department, Waukesha Police Department (Name)

## Statement of Claim, who Violated my rights

### Milwaukee Police Department 7th District

Mario Dantzler
Kenneth Lamar Huff Sr.
Anthony Antonio Dorsey
Sykes
Ward
Pugely
Schweitzer
Jessie Benitez
Terrance J. Thomas - ongoing
Jose Sanchez Ramirez - ongoing
Daniels
Rediske
Thomas Maglio

3rd Districk

Katerik

1st Districk

Tammy Tremel McClain
Ralph McClain

### Sheriff Department

J. Parks
R. Simpson
Pitts
Niecy
plus more

### Neighbors

Ladawn Brown-Huff
Apryl Huff
Wesley Huff
Payton Huff

Lives on 50th Locust

Patrick Cuvilie
Anthony Cuvilie
Debarla Wright
Prayon Cuvilie

### Fire & Police Commission

Michael Allen
Mark Banks

### Internal Affairs

Sgt Dietric
Riley
EVan
Yang

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at ______________________
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee Police Department/Milwaukee County Sheriff Department
3626 W. Fond du Lac Ave 53216 | 821 W State Street 53233
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.) Glendale Police Department 5909 N. ~~Milwaukee~~, Glendale Wisconsin 53209 5909 N Milwaukee River PKwy

Waukesha Police Department 1901 Delafield St, Waukesha, WI 53188

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Milwaukee Police officers and Milwaukee County Sheriff Officers. Some circuit court Judges/Commissioners, Glendale Police Department Violated my fourth amendment, broke in my house illegally, no Search Warrant, damaged property inside/outside, stole court documents, personal property, money, busted main drain in basement, damaged my roof, Jewelry, violate my privacy installed/wire my TV'S in bedroom and Livingroom, Scanned all my Cameras on and in my house, listening inside my home, put false cases on me in CCAP, put fake warrants on me. and had me arrested twice and jailed twice. They had me shot on 10-13-25 and never did a report or sent it to the District Attorney Office.

Whenever I go to the courthouse to file and pay, they take the cases out or have the workers in room 104 put a fake case number on it. Put my name is the System to keep my coming to Court for a lie. Denied my restraining orders. Put GPS trackers on me and my daughter car and truck. Had Midas damage the inside of my motor. Put my house in foreclosure and my Hyundai car in foreclosure as if it was not paid off and put my name collection with U.S. Cellular. I always had pay as you go. From 2024 up to now. This is ongoing with them. Sheriff Jailed me July 11th 2026 and February Illegally tapped my cellphones deleting videos/pictures (evidences on them). Former Captain James Novotny spit on me in the elevator June 2023. I filed and the Sheriff took it out. Fire & Police Commissioners Worker Michael Allen and Mark Banks not filing my complaints. Conflict of Interest with them knowing the officers and my neighbor. Jose Sanchez-Ramierz and Kenneth Lamar Hull made threats to Shoot me. Elizabeth Ibarra at D.A. office involved had my name in the D.A's office as a Warrant. Kent Lovern assigned her to me when I went to the office to complain about the officers on September 17, 2026 she went down to 1st and 2nd floor with me and they both stated my name was not in the System nor did I have a warrant in my name. She took it out before we went downstairs then said to me "You See how fast they took it out."

Back →



Case 2:26-cv-01981-LA Filed 10/26/26 Page 4 of 7 Document 1

They had me arrested at the Milwaukee County Safety Building
821 West State Street February 14, 2024

They shot me on 50th Locust in front of Patrick A. Cuvilie
house at 2867 N 50th then continue as I turned left on the corner
of 50th Locust on October 13, 2025

They had me arrested again July 11, 2026 by Glendale Police
Department. Had me in court with Chief Carl Ashley July 13th 2026.
Then August 28, 2026, October 5 2026 and coming November 6, 2026
at 8:30 A.m.

Put fake Warrant on me July 11, 2026, now another one they
claim 10-7-2025.

Defamation of character 2023 - 2026 this whole time.
They stated I was crazy and none of this happened. Had me put
in a psychiatric center and telling this to others. They had me
see a psychiatrist. This was Matthew Plummer (Attorney) and Lena
Taylor doing in her court room 509.

Officer Hang 7th district though it was funny to walk up and
fondled my breast while laying on the gurney to the paramedics.
Officer Terrance Thomas and partner patrol the Sherman Park area and
friends with Patrick Cuvilie and Son Anthony Cuvilie meeting them at the
gas station on Sherman and burleigh. Following me as Patrick and I
sat in the car talking. Terrance is the one who damaged my roof.
They had patrick get my car and wire it in the radio to listen when
I'm inside. XM27 and XM131. R. Simpson from Sheriff Involved.
asked to be in courtroom on 8/28/26 room 615. Officer Jose Sanchez-
Ramirez calling my phone making threats. From #414-240-7480
Had my pay check garnished $339.70 on 10-23-2026 from ADP_Communication@
adp.com
#866-324-5191

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ______________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want the Court to award me money for injustice and medical, Pain and suffering, damage to my house, car, reputation and Spit on me and Stolen property and money. Have all involved terminated from positions and jailed. Removal of Law license/ lawyer/attorney license, Decertification and more.
Sexual Assault, Shot, threaten, On going harassment, (pervasive).
Filing false documents, jailed, all based on a Lie from Ladawn Brown-Huff.

7 pages added as EVidence

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 15th day of October 2026.

Respectfully Submitted,

Rolanda Ward

Signature of Plaintiff

414-331-1297

Plaintiff's Telephone Number

Ward.rolanda@yahoo.com

Plaintiff's Email Address

4141 N 72nd Street Milwaukee, Wisconsin 53216

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint. I feel the Defendant's should be responsible to pay it.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.